# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 8, 2013

No. 12-31165

Lyle W. Cayce
Clerk

OFFICE & PROFESSIONAL EMPLOYEES
INTERNATIONAL UNION AFL-CIO;
LOCAL 108, OFFICE & PROFESSIONAL
EMPLOYEES INTERNATIONAL UNION,

Plaintiffs - Appellants

v.

PHI, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:09-CV-2228

Before JONES, SMITH and GARZA, Circuit Judges.

PER CURIAM:[*]

The court has considered the briefs, oral arguments, and pertinent portions of the record. Having done so, we find no reversible error of fact or law and AFFIRM the district court's dismissal without prejudice for substantially the reasons it articulated.

**AFFIRMED**

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published dond is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.